No. 1030. COLEMAN ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *George W. Nilsson* for petitioners. *Solicitor General Griswold* for the United States. 

No. 605, Misc. SPINKS *v.* CIRCUIT COURT OF CALLAWAY COUNTY. Sup. Ct. Mo. Certiorari denied. *Norman Anderson,* Attorney General of Missouri, and *William L. Culver,* Assistant Attorney General, for respondent.

No. 619, Misc. EVANS *v.* UNITED STATES; and
No. 850, Misc. PHILSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Gerhard P. Van Arkel* and *Eugene Gressman* for petitioner in No. 850, Misc. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States in No. 619, Misc.; and *Mr. Griswold, Mr. Vinson, Jerome M. Feit,* and *Roger A. Pauley* for the United States in No. 850, Misc. Reported below: 130 U. S. App. D. C. 114, 397 F. 2d 675.

No. 755, Misc. ALEXANDER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, *Doris H. Maier,* Assistant Attorney General, and *Charles P. Just,* Deputy Attorney General, for respondent.

No. 813, Misc. CARDEN *v.* RUSSELL, WARDEN. C. A. 6th Cir. Certiorari denied. *George F. McCanless,* Attorney General of Tennessee, for respondent.

No. 1198, Misc. CHAMBERS ET UX. *v.* COLONIAL PIPELINE Co. Sup. Ct. Tenn. Certiorari denied.